**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MISAEL RODRIGUEZ, on behalf of himself and others similarly situated, | ) ) ) | |
| PLAINTIFF, | ) ) | |
| | ) | Civil Action No. 17-cv-02391 |
| v. | ) ) | |
| ABSOLUTE RESOLUTIONS CORP., ALLTRAN FINANCIAL, LP, and RAZOR CAPITAL, LLC, | ) ) ) | Judge Joan H. Lefkow |
| | ) | |
| DEFENDANTS. | ) | |

**DOCKETING STATEMENT**

Pursuant to Seventh Circuit Rules 3(c)(1) and 28(a), Plaintiff-Appellant, Misael

Rodriguez, on behalf of himself and a class, hereby files his Docketing Statement as follows:

**Jurisdiction of the District Court**

The District Court had subject matter jurisdiction over the action pursuant to 28 U.S.C. §

1331 (Federal Question Jurisdiction) and 15 U.S.C. § 1692k(d) as the First Amended Class

Complaint alleged violations of the Fair Debt Collection Practices Act.

**Jurisdiction of the Court of Appeals**

Jurisdiction of the Court of Appeals is based upon 28 U.S. Code § 1291. Plaintiff-

Appellant is appealing from the dismissal with prejudice of his First Amended Class Complaint,

entered on February 22, 2018, and subsequent denial of his Motion to Set Aside Judgment and

for Reconsideration of Opinion and Order Granting Defendants' Motion to Dismiss Pursuant to

Fed. R. Civ. P. 59(e), entered on April 3, 2018 by Judge Joan H. Lefkow of the United States

District Court for the Northern District of Illinois.

The notice of appeal is timely pursuant to Fed. R. App. P. 4, as Plaintiff filed a Motion to Set Aside Judgment and for Reconsideration of Opinion and Order Granting Defendants' Motion to Dismiss pursuant to Fed. R. Civ. P. 59(e) on March 22, 2018, within twenty-eight days of entry of the final judgment. Plaintiff's Fed. R. Civ. P. 59(e) motion was denied by the District Court on April 3, 2018. Notice of Appeal was filed with the District Court on April 24, 2018, within 30 days of the order disposing of the motion to alter or amend judgment under Fed. R. Civ. P. Rule 59.

Respectfully submitted,

Dated: April 30, 2018

/s/Celetha C. Chatman
Celetha C. Chatman

Celetha C. Chatman
Michael J. Wood
Community Lawyers Group, Ltd.
73 W Monroe Street, Suite 514
Chicago, Illinois 60603
Ph: (312) 757-1880
Fax: (312) 265-3227
cchatman@communitylawyersgroup.com
*Attorney for Plaintiff Misael Rodriguez*

**CERTIFICATE OF SERVICE**

I, the undersigned attorney, hereby certify that on April 30, 2018, a true and accurate

copy of the foregoing was filed with the Clerk of Court for the Northern District of Illinois using

the CM/ECF system which will send notification of such filing to the attorneys of record.

/s/Celetha C. Chatman
Celetha C. Chatman
Community Lawyers Group, Ltd.
73 W Monroe Street, Suite 514
Chicago, Illinois 60603
Ph: (312) 757-1880
Fax: (312) 265-3227
cchatman@communitylawyersgroup.com
*Attorney for Plaintiff Misael Rodriguez*